
5335 WISCONSIN AVENUE, NW
SUITE 440
WASHINGTON, DC 20015
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

**Via ECF:**

December 2, 2025

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    *Fuld, et al. v. The Palestine Liberation Organization, et al.*
                 Case No. 25-cv-07604-JMF ("*Fuld II*")

Dear Judge Furman:

We represent the plaintiffs in *Fuld II*. As reported by the Parties in *Fuld I*, on behalf of the *Fuld II* plaintiffs, we conferred with the *Fuld I* (1:20-cv-3374) Plaintiffs and the Defendants and agreed to a coordinated schedule.

On December 1, 2025, the Court entered a coordinated briefing schedule for the *Fuld I* plaintiffs to file an Amended Complaint and for the Defendants to respond to the *Fuld I* Amended Complaint and the *Fuld II* Complaint in a consolidated brief. Accordingly, the *Fuld II* parties request the Court enter the same briefing schedule in this matter as follows:

1. Defendants will file their motion to dismiss in *Fuld I* and *Fuld II* on or before January 22, 2026 in a single combined brief.

2. Plaintiffs in both cases will submit a combined opposition brief on or before February 26, 2026.

3. Defendants will submit a single combined reply brief, if any, on or before March 19, 2026.

The parties also request that the Court's order granting excess word limit be endorsed for this case with word limits as follows:

1. Defendants' combined memorandum of law in support of the motion to dismiss in *Fuld I* and *Fuld II* will have a limit of 11,000 words;

2. Plaintiffs' combined memorandum of law in opposition to the motion to dismiss, will have a limit of 11,000 words; and

3. Defendants' combined reply in support of the motions to dismiss will have a limit of 4,400 words.

The Parties respectfully request that the Court So Order this schedule.

Respectfully Submitted,

/s/ *Noel J. Nudelman*
Noel J. Nudelman
Counsel for the Plaintiffs

cc: All Counsel by ECF