UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

FULD, et al.                                                          :
                                                                     :
                    Plaintiffs,                                      :
                                                                     :            1:25-cv-07604-JMF
          v.                                                         :
                                                                     :
THE PALESTIAN AUTHORITY, et al.                                      :
                                                                     :
                    Defendants                                       :
-------------------------------------------------------------------------x

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

PLEASE TAKE NOTICE that on behalf of the Plaintiffs, Harvey Jonas Yonah Fuld, Mary Alice Fuld, Daniel Yaakov Fuld, Eytan Fuld, Hillel Chaim Shlomo Fuld, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Harvey Jonas Yonah Fuld, Mary Alice Fuld, Daniel Yaakov Fuld, Eytan Fuld, Hillel Chaim Shlomo Fuld hereby dismiss their claims without prejudice in the above-captioned action as to all Defendants. Defendants have not answered the complaint or moved for summary judgment in this action.  As all plaintiffs have now dismissed this action without prejudice, the Clerk of Court is requested to close this case.

 Dated: January 22, 2026              Respectfully submitted,

                                      /s/ Noel J. Nudelman
                                      Noel J. Nudelman
                                      Richard D. Heideman (admitted pro hac vice)
                                      Tracy Reichman Kalik (admitted pro hac vice)
                                      Joseph H. Tipograph
                                      HEIDEMAN NUDELMAN & KALIK, P.C.
                                      5335 Wisconsin Avenue, NW
                                      Washington, DC 20015
                                      (202) 463-1818

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

     SO ORDERED.

January 22, 2026